

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jeffrey Jerome McKoy            Docket No. 5:06-CR-56-1F

**Petition for Action on Supervised Release**

COMES NOW Debbie W. Starling, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Jeffrey Jerome McKoy, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute 500 Grams or More of Cocaine (21 U.S.C. §846); Distribute and Possess With the Intent to Distribute a Quantity of Cocaine (21 U.S.C. §841(a)(1)); Distribute a Quantity of Cocaine (21 U.S.C. 841(a)(1)); and Possession of a Firearm by a Convicted Felon (18 U.S.C. §§922(g)(1) and 924), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on September 19, 2006, to the custody of the Bureau of Prisons for a term of 96 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. Jeffrey Jerome McKoy was released from custody on February 25, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 18, 2016, in Cumberland County, North Carolina, the defendant was charged with Driving While Impaired. The defendant notified the probation officer immediately as required. He admitted that he had been consuming alcohol at a local bar and exercised poor judgment in driving afterwards. He went through a checking station and was subsequently arrested. He complied with law enforcement and submitted to a breathalyzer which yielded a BAC of .10. The defendant has been instructed to undergo an assessment and complete any treatment as recommended by the assessment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

2. Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt            /s/ Debbie W. Starling
Robert K. Britt            Debbie W. Starling
Supervising U.S. Probation Officer            U.S. Probation Officer
           310 Dick Street
           Fayetteville, NC 28301-5730
           Phone: 910-483-8613
           Executed On: March 21, 2016

Jeffrey Jerome McKoy
Docket No. 5:06-CR-56-1F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __22__ day of __March__, 2016 and ordered filed and made a part of the records in the above case.

_James C. Fox_
James C. Fox
Senior U.S. District Judge